PAUL J. FISHMAN
United States Attorney
BY: ANTHONY MOSCATO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2752

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

        *Plaintiff,*

    v.

ALEKSANDR SIROTA

        *Defendant.*

Hon. Susan D. Wigenton,
U.S.D.J.,

Criminal No. 08-132 (SDW)

FINAL ORDER OF FORFEITURE

    **WHEREAS,** on June 24, 2009, the United States filed a Superseding Information, Criminal No. 08-132 (SDW), against Aleksandr Sirota, charging him with violations of 18 U.S.C. §§ 371, 1347, 1349, and 1956 relating to a health care fraud scheme; and

    **WHEREAS,** on June 24, 2009, the defendant Aleksandr Sirota entered into a plea agreement with the United States in which he agreed to forfeit to the United States a sum of money equal to $200,680.20 in United States currency (hereinafter "the Property"), as property involved in an offense in violation of 18 U.S.C. § 1956, or represents property traceable to such offense, that it constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense in violation of 18 U.S.C. §§ 1347, 1349 and 371, as set forth in the

Superseding Information, and that the Property is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 982; and

**WHEREAS**, the United States has filed a Motion for Entry of Final Order of Forfeiture, which would consist of a personal money judgment against the defendant, Aleksandr Sirota, in the amount of $200,680.20 in United States currency; and

**WHEREAS**, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant, Aleksandr Sirota, shall forfeit to the United States $200,680.20 in United States currency in the form of a personal money judgment pursuant to 18 U.S.C. § 982.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant, Aleksandr Sirota, at the time of sentencing, or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment; and

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed

2

$200,680.20 in United States currency to satisfy the money judgment in whole or in part; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, District of New Jersey, Attention: Assistant United States Attorney Anthony Moscato.

**SO ORDERED:**

Dated: 10/20/09

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE