**KAPLAN & KATZBERG**
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, N.Y. 10017
TEL. (212) 750-3100    FAX: (212) 750-8628

November 9, 2009

Honorable Susan D. Wigenton
United States District Judge
District of New Jersey                          **FILED BY ECF**
Martin Luther King, Jr. Federal Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re: <u>United States v. Aleksandr Sirota</u>
08-CR-00132 (SDW)

Dear Judge Wigenton:

  I represent Mr. Sirota in the above-captioned case, who was sentenced by Your Honor on October 20, 2009 to a term of incarceration of thirty-seven months and is currently admitted to bail. He recently received notice from the Department of Probation that he must surrender to FCI Lewisburg on November 24, 2009. We are writing to request that his surrender date be adjourned two weeks until December 8, 2009, for two reasons. First, he requests additional time to settle his affairs before his incarceration, as he will have had only approximately one month to do so. Second, he would like to be able to spend the Thanksgiving holiday with his wife and two young children before he is incarcerated for several years.

  I have spoken with AUSA Anthony Moscato who, on behalf of the government, does not oppose this request that Mr. Sirota's surrender date be adjourned until Tuesday, December 8, 2009. Thank you for Your Honor's consideration of this matter.

Honorable Susan D. Wigenton
United States District Judge
District of New Jersey
Newark, NJ  07101
November 9, 2009
Page 2

Very truly yours,

Kenneth J. Kaplan

"SO ORDERED"

USDJ

cc: Anthony Moscato, AUSA
    David D. Haneke, USPO