2003R00408/am

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :    Hon. Susan D. Wigenton

        v.                          :    Criminal Number: 08-132 (SDW)

ALEKSANDR SIROTA,               :    ORDER FOR RESTITUTION
    a/k/a "Alexander Sirota"

       This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by Anthony Moscato, Assistant U.S.
Attorney), and defendant Aleksandr Sirota, a/k/a "Alexander
Sirota" (hereinafter the "defendant")(by his attorney Kenneth
Kaplan, Esq.) for an Order requiring the defendant to pay
restitution to the victims of his offense, and as the defendant
having consented to this Order, and for good and sufficient cause
shown,

       IT IS THE FINDING OF THIS COURT that as a result of
his plea agreement and conviction, the defendant is required to
make full restitution to the victims of his offense for all
losses resulting from the offense of conviction or from the
scheme, conspiracy, or pattern of criminal activity underlying
that offense; namely, health care fraud conspiracy, contrary to
Title 18, United States Code, Section 1347, in violation of Title
18, United States Code, Section 1349; and

IT IS THE FURTHER FINDING OF THIS COURT that as a result of his plea agreement and conviction, the defendant is required to forfeit a sum of money equal to $200,680.20 to the United States under Title 18, United States Code, Sections 982(a)(1) and (a)(7).

WHEREFORE, IT IS on this 20th day of January, 2010,

ORDERED that the defendant, as part of the sentence imposed on October 20, 2009, shall pay restitution to the victims listed below and in the amounts listed below:

| Victim | Address | Amount |
|---|---|---|
| AIG/21st Century Insurance and Financial Services | 1000 Midlantic Drive Mount Laurel, New Jersey 08054 | $27,779.56 |
| Allstate Insurance Company | Route 202/206 Bridgewater, New Jersey 08807 | $71,353.93 |
| Chubb and Son | 15 Mountain View Road, Warren, New Jersey 07061-1615 | $5,213.74 |
| Cure Insurance Company | 214 Carnegie Center Suite 101 Princeton, New Jersey 08540 | $1,016.40 |
| Encompass Insurance Company | 1100 Cornwall Road Monmouth Junction, New Jersey 08852 | $16,401.03 |
| Lancers Insurance Company | Post Office Box 9123 Plainview, New York 11803 | $935.79 |
| Liberty Mutual Insurance Company | 399 Campus Drive Somerset, New Jersey 08873 | $46,610.69 |

| Victim | Address | Amount |
|---|---|---|
| Liberty Mutual Insurance Company-Commercial | 13201 Northwest Freeway Suite 600 Houston, Texas 77240-7607 | $1,226.70 |
| MetLife Auto and Home | 31 British American Boulevard, Latham, New York 12110 | $7,298.91 |
| New Jersey Manufacturers Insurance Company/NJM Ins. Grp | 301 Sullivan Way, West Trenton, New Jersey 08628 | $15,402.50 |
| Progressive Insurance Company/National Continental | 100 Canal Point Boulevard, Princeton, New Jersey 08547 | $1,854.55 |
| Selective Insurance Company | 1395 Yardville – Hamilton Square, Hamilton, New Jersey 08691 | $5,586.39 |

IT IS FURTHER ORDERED that, following the defendant's release from incarceration, any remaining balance on this restitution will be payable in monthly installments commencing on the first day of the second month following the month in which the defendant is released from the term of imprisonment. Each monthly payment shall be equal to 10% of the defendant's gross monthly income;

IT IS FURTHER ORDERED THAT the defendant will pay restitution payable to the U.S. Treasury and forward these monthly payments to the Clerk of the Court for distribution to the above-referenced victims.

Date: _January 20, 2010_

HON. SUSAN D. WIGENTON
United States District Judge